Phillip M. Sims (SBN: 51590)
Susan E. Kabanek (SBN: 187253)
SIMS & LAYTON
84 W. Santa Clara St., #660
San Jose, CA 95113
(408) 998-3400

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, et.al.<br><br>Plaintiffs,<br><br>v.<br><br>AAA MECHANICAL CONSTRUCTION, INC., a California corporation, also known as A.A.A. MECHANICAL and as A.A.A. MECHANICAL CONSTRUCTION and as AAA MECHANICAL and doing business as OTAVILLA MECHANICAL CONTRACTORS; et. al.<br><br>Defendants. | CASE NO.: C 01 3582 JF/PVT<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**<br><br>DATE: August 5, 2002<br><br>TIME: 9:00 a.m.<br><br>JUDGE: Honorable Jeremy Fogel<br><br>DEPT.: 3 |

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 5, 2002 at 9:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled court, located at 280 S. First St., San Jose, CA, the law firm of Sims & Layton will ask this Court to grant it permission to withdraw from the above-entitled action on the ground that Defendants have incurred a substantial overdue balance and have made no attempt to pay any portion of the balance since March 13, 2002, despite requests by Sims & Layton.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points

Case No. C 01 3582 MJJ
Notice & Motion to Withdraw as Counsel        1

and Authorities and Declaration filed herewith, and the pleadings and papers filed herein.

Dated: July 1, 2002                                                   SIMS & LAYTON


                                                                      _____
                                                                      SUSAN E. KABANEK, Attorneys for
                                                                      Defendants

Case No. C 01 3582 MJJ
Notice & Motion to Withdraw as Counsel                    2